Argued April 23, affirmed April 23, petition for rehearing denied
May 17, petition for review denied July 31, 1973

STATE OF OREGON, *Respondent, v.*
JERRY SIMS (No. C 72-08-2422 Cr), *Appellant.*

508 P2d 817

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Fort, Judges.